UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>AARON JERMAINE SLOAN,<br><br>　　Defendant. | Case No.: 05-424M<br><br>DETENTION ORDER |

Offense charged:

　　Anthrax Hoax, in violation of 18 U.S.C. § 1038.

Date of Detention Hearing:   October 14, 2005

　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　(1)　The defendant has virtually no ties to this area.

　　(2)　From the Pretrial Services Report of October 11 and 14, 2005, it appears that the defendant is suffering from paranoid schizophrenia. He was removed from the general prison population at the Monroe Correctional facility and placed in the

mental health ward in the Special Offenders Center.

(3)   The defendant has a substantial number of arrests, which have gradually increased in seriousness. His last arrest was for Robbery in the 1st Degree for which he was sentenced for 46 months in custody. The present charges stem from his activities while in custody.

(4)   The defendant has had multiple bond forfeitures..

(5)   No conditions or combination of conditions are apparent that will reasonably assure the defendant's appearance at future Court hearings and that will address the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

01   DATED this 14th day of October, 2005.

02                                        */s/ James P. Donohue*
                                          _____
03                                        JAMES P. DONOHUE
                                          United States Magistrate Judge

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER                                                      15.13
18 U.S.C. § 3142(i)                                               Rev. 1/91
PAGE 3